# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **CASE NO. 12-MD-02311**<br>**HON. SEAN F. COX** |
| **In Re: AUTOMOTIVE BRAKE HOSES** | |
| **THIS RELATES TO:**<br>**ALL DIRECT PURCHASER ACTIONS** | 2:16-cv-03601-SFC-RSW<br>2:16-cv-14245-SFC-RSW<br>2:19-cv-12720-SFC-RSW |

## ORDER AUTHORIZING
## DISTRIBUTION OF THE SETTLEMENT FUND

AND NOW, this 7th day of September 2021, upon consideration of the Direct Purchaser Plaintiff's Motion for an Order Authorizing Distribution of the Settlement Fund, the Brief in Support thereof (hereinafter "the Brief"), and the entire record in this matter, it is hereby ORDERED as follows:

1.   Approval is hereby given for the eight claims, with Allowed Purchases in the aggregate amount of $65,660,845.19, to participate in the distribution of the Settlement Fund, as set forth in the Brief, and as set forth in the Recommended Payable Claims section of Exhibit A to the Declaration of Tiffany Shroyer regarding claims administration (the "Shroyer Declaration").

2.   Any claims submitted after January 14, 2021, are hereby rejected as untimely and are barred from participating in any distribution of the Settlement Fund.

3.   The 399 claims with Disallowed Purchases in the total amount of $14,763,869.90 are hereby barred from participation in the distribution of the Settlement Fund.

4.  Settlement Class Counsel are hereby authorized to retain a reserve of $60,000.00 from the Settlement Fund for payment of taxes due on interest earned by the Settlement Fund and tax return preparation costs; payments as a result of any unforeseen issues involving previously submitted claims; possible payment of additional late claims; payments for additional services and costs related to settlement and claims administration and bank fees and costs; and payments for any unforeseen contingencies relating to the litigation.

5.  Payments to Epiq Class Action & Claims Solutions totaling $84,182.25 for settlement and claims administration services and costs through May 31, 2021, are hereby approved.

6.  Distribution of the balance of the Settlement Fund referenced in paragraph 7 of the Brief, less the $60,000.00 reserve fund, is authorized to the eight claimants whose claims were approved in paragraph 1 above, pro rata to the extent of their Allowed Purchases.

7.  The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

8.  The actions of Settlement Class Counsel and Epiq Class Action & Claims Solutions in connection with the administration of the settlements and the Settlement Fund are approved.

**IT IS SO ORDERED.**

Dated:  September 7, 2021                s/Sean F. Cox
                                          Sean F. Cox
                                          U. S. District Judge